# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Adan Enriquez-Mora,<br><br>Defendant. | No. CR-21-01716-001-TUC-JGZ (EJM)<br>CR-23-02364-001-TUC-JAS (AMM)<br>CR-23-02365-001-TUC-RM (AMM)<br><br>**ORDER** |

On motion of Government, pursuant to LRCrim 5.2 and LRCiv Rule 42.1, and there being no objection by the defendant, Government's Motion to Transfer to United States District Judge Jennifer G. Zipps (Doc. 66) is granted.

IT IS ORDERED that CR-23-02364-001-TUC-JAS(AMM) and CR-23-02365-001-TUC-RM(AMM) are re-assigned to United States District Judge Jennifer G. Zipps and referred to Magistrate Judge Eric J. Markovich. All future filings in these cases shall bear the following designations: CR-23-02364-001-TUC-JGZ(EJM) and CR-23-02365-001-TUC-JGZ(EJM).

IT IS FURTHER ORDERED that the Jury Trials currently set before District Judge James A. Soto and District Judge Rosemary Marquez for February 21, 2024, at 9:30 am, are RESET for **February 21, 2024, at 9:30 AM before District Judge Jennifer G. Zipps.**

**Dated this 28th day of December, 2023.**

_____
Jennifer G. Zipps
United States District Judge